**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| STARR INDEMNITY & LIABILITY CO. | : | No. 121 WAL 2020 |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| BROWNSVILLE MARINE PRODUCTS, LLC AND JAVIER SARDINA-GARCIA | : | |
| | : | |
| v. | : | |
| | : | |
| BENCHMARK INSURANCE COMPANY; SYNERGY COMP INSURANCE COMPANY; SYNERGY SELECT, LP; AND MK INDUSTRIES, INC. | : | |
| | : | |
| PETITION OF: BENCHMARK INSURANCE COMPANY; SYNERGY COMP INSURANCE COMPANY; AND SYNERGY SELECT, LP | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.